UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE SEWELL,<br><br>    Petitioner,<br><br>    v.<br><br>STU SHERMAN,<br><br>    Respondent. | No. CV 19-10298 JVS (FFM)<br><br>ORDER FOR DISMISSAL OF PETITION WITHOUT PREJUDICE |

On or about December 5, 2019, Petitioner Deandre Sewell filed a request to withdraw his habeas petition currently pending before this Court. (Dkt. 4.) The Court construes Petitioner's request as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). Because Respondent has not filed an answer to the Petition, Petitioner's notice is sufficient in and of itself to dismiss the action without further order of this Court. Fed. R. Civ. P. 41(a)(1)(A)(I).

IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice.

DATED: 02/11/2020

                                                JAMES V. SELNA
                                              United States District Judge

Presented by:

 /S/ FREDERICK F. MUMM
   FREDERICK F. MUMM
United States Magistrate Judge